Stephen M. Doniger, Esq. (SBN179314)
Email: Stephen@DonigerLawFirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: Scott@DonigerLawFirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DESIGN COLLECTION, INC.; *et al*., <br><br> Defendants. | Case No. CV11 02541 DSF (PLAx) <br><br> **NOTICE OF WITHOUT PREJUDICE DISMISSAL** |

1

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, United Fabrics International, Inc. ("UFI"), hereby files the following dismissal, and does so pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i):

1.      UFI has reached an agreement with Larry Hansel Clothing, LLC and Macys Retail Holdings Corp. This agreement calls for the without prejudice dismissal of these parties.

2.      UFI hereby dismisses without prejudice only Larry Hansel Clothing, LLC and Macys Retail Holdings Corp. from this action.

The action will continue as to the remaining defendants.

Respectfully submitted,

Dated: July 8, 2011                                      DONIGER / BURROUGHS

By:     /S/ Scott A. Burroughs
        Scott A. Burroughs, Esq.
        Attorneys for Plaintiff