Stephen M. Doniger, Esq. (SBN179314)
Email: Stephen@DonigerLawFirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: Scott@DonigerLawFirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Attorneys for Plaintiff

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DESIGN COLLECTION, INC.; *et al*., <br><br> Defendants. | Case No. CV11 02541 DSF (PLAx) <br><br> **NOTICE OF WITHOUT PREJUDICE DISMISSAL OF ACTION AS TO DEFENDANTS ROSS STORES, INC., G.S.L., INC., JODI KRISTOPHER, INC., PRIDE & JOYS, INC, AND OF ALL CLAIMS REGARDING UNITED FABRICS INTERNATIONAL DESIGN "SUFFICIENT"** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, United Fabrics International, Inc. ("UFI"), hereby files the following dismissal, and does so pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i):

1.     UFI hereby dismisses without prejudice Defendants ROSS STORES, INC., G.S.L., INC., JODI KRISTOPHER, INC., and PRIDE & JOYS, INC; and

2.     UFI hereby dismisses without prejudice all claims in this action regarding its design styled "Sufficient".

The action will continue as to the Defendant Design Collection regarding its infringement of Plaintiff's design styled "Spike".

Respectfully submitted,

Dated: August 5, 2011                              DONIGER / BURROUGHS

                                    By:    /S/ Stephen M. Doniger
                                           Stephen M. Doniger, Esq.
                                           Attorneys for Plaintiff