Stephen M. Doniger, Esq. (SBN179314)
Email: Stephen@DonigerLawFirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: Scott@DonigerLawFirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED FABRICS INTERNATIONAL, INC., | Case No.: CV11-02541 DSF (PLAx) <u>Honorable Dale S. Fischer Presiding</u> |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| DESIGN COLLECTION, INC.; *et al.*, | |
| Defendants. | |

1

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

# ORDER

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice;
2. All parties to this stipulation will bear their own fees as incurred in connection with this action; and
3. This Court will retain jurisdiction over this matter to enforce the terms of the settlement agreement.

SO ORDERED.

Dated: May 24, 2012       By: _____
                              HONORABLE DALE S. FISCHER